IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL WATSON**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**PHILADELPHIA PARKING AUTHORITY,** *et al.*<br><br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 21-1514** |

# ORDER

**AND NOW,** this 16th day of February 2022, upon consideration of Defendants' Motion to Dismiss [Doc. No. 9] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The claims for a hostile work environment are **DISMISSED without prejudice**.

2. The claims against individual Defendants Scott Petri, Richard Dickson, Clarena Tolson, and Darryl White are **DISMISSED without prejudice**.

3. Plaintiff is granted leave to file a further amended complaint no later than **March 9, 2022**. If Plaintiff does not file a further amended complaint, then Defendants Philadelphia Parking Authority and Karen Hyers shall answer the Amended Complaint no later than **March 23, 2022**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**