IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL WATSON<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>PHILADELPHIA PARKING<br>AUTHORITY, *et al*.<br><br>　　　　　　**Defendants.** | CIVIL ACTION NO.  21-1514 |

## ORDER

**AND NOW,** this 28th day of August 2023, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 25] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the retaliation claims and **DENIED** as to the discrimination claims.

It is further **ORDERED** that no later than **September 11, 2023**, counsel shall submit a joint status report as to whether they believe a settlement conference before a magistrate judge or some other form of alternative dispute resolution would be of assistance in resolving the case. If the parties do not wish to engage in alternative dispute resolution, the case will be listed in an available trial pool. In the alternative, the parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge, in which case counsel should complete and submit the appropriate form to the Clerk of Court.[1]

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] The Consent and Reference of a Civil Action to a Magistrate Judge form and the related procedural notice are available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.