IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL WATSON**<br><br>    **Plaintiff,**<br><br> v.<br><br>**PHILADELPHIA PARKING AUTHORITY**<br><br>    **Defendants.** | CIVIL ACTION NO. 21-1514 |

# ORDER

**AND NOW,** this 29th day of March 2024, upon consideration of Plaintiff's Motion for an Award of Reasonable Attorneys' Fees and Costs and for Back Pay and Front Pay Damages [Doc. No. 87], and the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff is entitled to an award of back pay damages in the amount of $81,903.34. Plaintiff is not entitled to front pay damages or pension benefits.

2. Plaintiff is awarded reasonable attorneys' fees in the amount of $132,043.00 and reasonable costs in the amount of $4,343.00.

It is so **ORDERED.**

                     **BY THE COURT:**

                     /s/ Cynthia M. Rufe

                     **CYNTHIA M. RUFE, J.**